IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARK TOBIAS, | § | |
| Petitioner, | § § | |
| VS. | § | CIVIL NO. 2:18-CV-464 |
| WARDEN L. SHULTS, | § § § | |
| Respondent. | § § | |

## ORDER

The Court is in receipt of Respondent Warden L. Shults' ("Shults") Motion for Summary Judgment filed by the United States, Dkt. No. 8; Petitioner Mark Tobias' ("Tobias") Response to the motion for summary judgment, Dkt. No. 9; and the Magistrate Judge's Memorandum and Recommendation ("M&R"), Dkt. No. 10. No party has filed objections to the M&R, and the time to file objections has passed. *See* 28 U.S.C. § 636(b)(1) (setting a 14-day deadline to file objections).

After independently reviewing the record and the applicable law, the Court **ADOPTS** the M&R, Dkt. No. 10. Accordingly, the Court **GRANTS** the government's motion for summary judgment, Dkt. No. 8. The Court therefore **DISMISSES** the above-captioned case.

Final judgment will be entered separately.

SIGNED this 26th day of August 2019.

_____
Hilda Tagle
Senior United States District Judge